No. 86–1759.   WOOD ET AL. v. INTERNATIONAL BROTHERHOOD
OF TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS OF

AMERICA, LOCAL 406, ET AL. C. A. 6th Cir. Certiorari denied.